# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0178
Lower Tribunal No. 2023-DR-000823-FM01-XX

_____

WALTER MILTON YOST, II,

Appellant,

v.

DENISE CAROLINE GARGASZ-MUELLER,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Russell T. Kirshy, Judge.

December 23, 2025

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and GANNAM, JJ., concur.


Ryan M Tarnow, of McLaughlin & Stern, West Palm Beach, for Appellant.

Denise Caroline Gargasz-Mueller, Naples, pro se.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED